# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT WICHITA

PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; EMI CHRISTIAN MUSIC GROUP INC., a California corporation; FONOVISA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; MAVERICK RECORDING COMPANY, a California joint venture; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; and LAFACE RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

DOES 1 – 22,

Defendants.

**CIVIL ACTION**
**CASE NO. 07-1286-JTM-DWB**

### ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery (Doc. 4), the Declaration of Carlos Linares, and the accompanying Memorandum of Law (Doc 5), it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on Wichita State University to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks documents

that identify each Doe Defendant, including the name, current (and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for each Defendant. The disclosure of this information by an educational agency or institution such as Wichita State University is authorized when furnished in compliance with judicial order or pursuant to any lawfully issued subpoena, under the provisions of 20 U.S.C. § 1232g(b)(2)(B).

    IT IS FURTHER ORDERED THAT

1. any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act;

2. Plaintiffs shall serve a copy of this Order with the subpoenas authorized by this Order; and

3. If Wichita State University wishes to serve written objections to producing the requested materials, or wishes to move to quash the subpoena, it shall do so within the time provided in Fed. R. Civ. P. 45(c).

4. If an objection is filed to the subpoenas, Plaintiffs shall not be entitled to inspect or copy the requested documents except pursuant to an order of the Court, and any motion by Plaintiffs to compel such production shall be made within the time provided by D. Kan. Rule 37.1(b) and after the parties have conferred about the objection in compliance with D. Kan. Rule 37.2.

5. In an objection is filed to the subpoenas, Wichita State University shall take steps necessary to retain the availability of subpoenaed materials pending the resolution of any motion to compel or motion to quash the subpoenas.

DATED: September 25, 2007          s/ DONALD W. BOSTWICK
                                                                 UNITED STATES MAGISTRATE JUDGE